**Order entered September 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-00422-CR

**DARRION DWAYNE DALLAS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-75403-U**

## ORDER

Before the Court is court reporter Sasha Brooks's September 20, 2017 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due fifteen days from the date of this order.

/s/    LANA MYERS
       JUSTICE